UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:20-cr- 00224-IM |
| v. | INDICTMENT |
| GRETCHEN MARIE BLANK, | 18 U.S.C. § 111(a) |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1
(Assault on a Federal Officer - Felony)
(18 U.S.C. § 111(a))

On or about July 5, 2020, in the District of Oregon, defendant **GRETCHEN MARIE BLANK** intentionally and forcibly assaulted, impeded, and interfered with Agent Victim 1 ("AV1"), a person designated as a federal officer in 18 U.S.C. § 1114, while AV1 was engaged in and on account of the performance of AV1's official duties, which acts involved physical contact with AV1.

In violation of Title 18, United States Code, Section 111(a).

DATED: July 16, 2020.   A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

/s/ Gary Y. Sussman
GARY Y. SUSSMAN, OSB 873568
Assistant United States Attorney

**Indictment** Page 1