SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**ASHLEY R. CADOTTE, OSB #122926**
Assistant United States Attorney
Ashley.Cadotte@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00224-IM |
| v. | **GOVERNMENT'S MOTION TO DISMISS INDICTMENT WITH PREJUDICE** |
| **GRETCHEN MARIE BLANK,** | |
| Defendant. | |

Plaintiff United States of America moves to dismiss this indictment with prejudice in the interest of justice. Defendant has completed the requirements for the deferred resolution agreement.

Dated: April 5, 2021.                                  Respectfully submitted,

                                                                           SCOTT ERIK ASPHAUG
                                                                           Acting United States Attorney


                                                                           _/s/ Ashley R. Cadotte_
                                                                           ASHLEY R. CADOTTE, OSB #122926
                                                                           Assistant United States Attorney